**MARK L. HATCHER**
*Clerk*

**SEATTLE OFFICE**
700 Stewart St, Rm 6301
Seattle, WA 98101
(206) 370-5200

**TACOMA OFFICE**
Union Station
1717 Pacific Ave., #2100
Tacoma, WA 98402-3233
(253) 882-3900

August 27, 2019

Janet Petet
5639 Orca Dr NE
Tacoma, WA 98422

Re: <u>Case #13-42287</u>

Dear Ms. Petet:

This petition is being returned due to additional documentation needed for processing. I have enclosed instructions, your original Petition, and a new Petition for Unclaimed Funds for your reference (with two signature pages). The unclaimed funds belong to Donald & Janet Petet. Therefore, the petition must be signed by both parties and include supporting documentation. Please refer to the instructions on submitting a Petition for all the documents required.

Failure to submit all documentation and/or meet the requirements will result in your petition being returned. If you have any questions, please feel free to contact me.

Sincerely,

/s/

Natalie Santos
Financial Specialist